**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MAINE

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **York Beach Surf Club LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA The York Beach Surf Club<br>DBA York Harbor Motel |
| 3. | Debtor's federal Employer Identification Number (EIN) | 85-1402532 |
| 4. | Debtor's address | **Principal place of business**<br>**780 York Street**<br>**York, ME 03909**<br>Number, Street, City, State & ZIP Code<br><br>York<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>780 York Street York, ME 03909<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  **York Beach Surf Club LLC** _____  Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br>    **7211** |
| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. Check **all** that apply:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br>If more than 2 cases, attach a separate list. | ☒ No.<br>☐ Yes.<br><br>District _____ When _____ Case number _____<br>District _____ When _____ Case number _____ |
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☒ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

Debtor    **York Beach Surf Club LLC**    Case number (*if known*)
        Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
|  |  | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
|  |  | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
|  |  | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
|  |  | ☒ Funds will be available for distribution to unsecured creditors. |
|  |  | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **York Beach Surf Club LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/6/2025
MM / DD / YYYY

X  /s/ Taylor Perkins
Signature of authorized representative of debtor

Taylor Perkins
Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ David C. Johnson
Signature of attorney for debtor

Date  2/6/2025
MM / DD / YYYY

**David C. Johnson 9447**
Printed name

**Marcus Clegg**
Firm name

**16 Middle Street Unit 501A**
**Portland, ME 04101**
Number, Street, City, State & ZIP Code

Contact phone  **(207) 828-8000**    Email address  **bankruptcy@marcusclegg.com**

**9447 ME**
Bar number and State

Fill in this information to identify the case:

Debtor name: **York Beach Surf Club LLC**

United States Bankruptcy Court for the: **DISTRICT OF MAINE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AMD Fine Linens, LLC<br>c/o Kevin Crossman, Esq.<br>Jensen Baird<br>P.O. Box 4510<br><br>Portland, ME 04112 | | | | | | $40,261.35 |
| Attar Engineering, Inc.<br>1284 State Road<br>Eliot, ME 03903 | | | | | | $10,000.00 |
| AXKO Beteiligungs GMBH<br>Kellie Fisher, Esq.<br>Drummond Woodsum<br>84 Marginal Way Suite 600<br><br>Portland, ME 04101 | | | | | | $205,149.15 |
| Bernstein Shur<br>100 Middle Street<br>West Tower<br>Portland, ME 04101 | | Legal fees | | | | $29,389.19 |
| Christopher Reibling<br>c/o Kellie Fisher, Esq.<br>Drummond Woodsum<br>84 Marginal Way Suite 600<br><br>Portland, ME 04101 | | | | | | $140,883.87 |

Debtor **York Beach Surf Club LLC**    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **D&D Howell Family Trust** Drummond & Drummond One Monument Way Portland, ME 04101 | | | | | | $188,742.40 |
| **Gammon, LLC** Jacob Bowie, Esq. Ainsworth, Thelin & Raftice 7 Ocean Street South Portland, ME 04106 | | | | | | $326,926.99 |
| **Johnson Controls Fire Protection LP** 30 Thomas Dr. Unit 1 Westbrook, ME 04092 | | | | | | $23,967.94 |
| **Maine Revenue Services Compliance Division** PO Box 9101 Augusta, ME 04332 | | | | | | $194,244.70 |
| **People Ready, Inc.** Edwin Dagget, Esq. Dagget & Parker P.O. Box 10189 Portland, ME 04101 | | | | | | $37,921.15 |
| **Thrive Lending Fund II, LLC** c/o Christopher Brooks Drummond Woodsum Portland, ME 04101 | | **218 Long Sands Road** York, Maine 03909 | | $11,746,284.92 | $0.00 | $11,746,284.92 |
| **Waste Management** c/o Edwin Dagget, Esq. Dagget & Parker P.O. Box 10189 Portland, ME 04101 | | | | | | $23,025.81 |

## United States Bankruptcy Court
### District of Maine

In re: **York Beach Surf Club LLC**, Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AXKO Investments L.P.<br>2661 Riva Road, Suite 1040<br>Annapolis, MD 21401 | B | 14.75333% | Membership Interest |
| Carl Frank<br>4907 Rollingwood Drive<br>Austin, TX 78746 | B | 29.5291% | Membership Interest |
| Eduardo Alcocer<br>5812 Sanding Rock Dr<br>Austin, TX 78730 | B | 28.70572% | Membership Interest |
| Equity Trust Company<br>RAJ MELLACHERUVU IRA #2003838322<br>PO Box 451340<br>Westlake, OH 44145 | B | 0.69449% | Membership Interest |
| Michael Bueker<br>PO Box 684196<br>Austin, TX 78768 | C | 0.694498% | Membership Interest |
| The L.F. Perkins Family TN Investment Services<br>PO Box 40<br>York, ME 03909 | A | 22.15043% | Membership Interest |
| Wesley Robinson Barnett Rev. Trust<br>3830 Gaines Court<br>Winter Haven, FL 33884 | B | 3.47244% | Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 2/6/2025

Signature: /s/ Taylor Perkins
**Taylor Perkins**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maine

In re  **York Beach Surf Club LLC**

Debtor(s)

Case No.  
Chapter  **11**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of **2** pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date:  2/6/2025

/s/ David C. Johnson  
Signature of Attorney  
**David C. Johnson 9447**  
**Marcus Clegg**  
**16 Middle Street Unit 501A**  
**Portland, ME 04101**  
**(207) 828-8000 Fax:**

```
AMD Fine Linens, LLC
c/o Kevin Crossman, Esq.
Jensen Baird P.O. Box 4510
Portland, ME 04112


Attar Engineering, Inc.
1284 State Road
Eliot, ME 03903


AXKO Beteiligungs GMBH
Kellie Fisher, Esq. Drummond Woodsum
84 Marginal Way Suite 600
Portland, ME 04101


Bernstein Shur
100 Middle Street
West Tower
Portland, ME 04101


Carlton Street Holdings, LLC
216 Long Sands Road
York, ME 03909


Christopher Reibling
c/o Kellie Fisher, Esq.
Drummond Woodsum 84 Marginal Way Suite 6
Portland, ME 04101


D&D Howell Family Trust
Drummond & Drummond
One Monument Way
Portland, ME 04101


First Boston Construction Holdings, LLC
c/o Grossman Companies, Inc.
One Adams Place 859 Willard Street, Suit
Quincy, MA 02169


Gammon, LLC
Jacob Bowie, Esq.
Ainsworth, Thelin & Raftice 7 Ocean Stre
South Portland, ME 04106


Johnson Controls Fire Protection LP
30 Thomas Dr. Unit 1
Westbrook, ME 04092


Maine Revenue Services
Compliance Division
PO Box 9101
Augusta, ME 04332


People Ready, Inc.
Edwin Dagget, Esq.
Dagget & Parker P.O. Box 10189
Portland, ME 04101
```

```
Taylor Perkins
PO Box 40
Dennis Port, MA 02639


The L.F. Perkins Family TN Investment Se
PO Box 40
York, ME 03909


Thrive Lending Fund II, LLC
c/o Christopher Brooks
Drummond Woodsum
Portland, ME 04101


Waste Management
c/o Edwin Dagget, Esq.
Dagget & Parker P.O. Box 10189
Portland, ME 04101
```

# YORK BEACH SURF CLUB, LLC
CONSENT OF SOLE MANAGER

The undersigned, being the sole Manager of York Beach Surf Club, LLC (the "Company") hereby takes the following action by this written consent:

RESOLVED: That the Company shall be and hereby is authorized to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code; thereby initiating a proceeding for reorganization pursuant to Chapter 11 of the United States Bankruptcy Code; and it is further

RESOLVED: That the Company shall be and hereby is authorized to execute, deliver and file such original petitions, schedules, statements, motions or pleadings as may be necessary or appropriate in connection with the filing and prosecution of such proceedings; and it is further

RESOLVED: That the Company shall be and hereby is authorized to file a Plan of Reorganization and a Disclosure Statement in such Chapter 11 proceedings; and it is further

RESOLVED: That the Company shall be and hereby is authorized to retain the services of the law firm Marcus | Clegg of Portland, Maine, as its Chapter 11 counsel in connection with said Chapter 11 proceedings, upon such terms and conditions as the Manager of the Company shall determine; and it is further

RESOLVED: That the Manager or any officer of the Company, acting singly, and without the necessity of counter-signature, shall be and hereby is authorized to execute, deliver, and file such documents, agreements, motions, and other pleadings, as he or she, with the advice of counsel, may deem necessary or appropriate in order to commence, prosecute, and conclude said Chapter 11 proceedings, including, without limitation, the filing of an original petition under Chapter 11, the filing of a Plan of Reorganization and a Disclosure Statement.

This Consent shall be filed with the minutes of the Manager's Meetings.

DATED: February 6, 2025

                                                        /s/ Taylor Perkins
                                                        Taylor Perkins
                                                        Manager