**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>YORK BEACH SURF CLUB, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 25-20021 |

### NOTICE REGARDING LACK OF PROPERTY AND LIABILITY INSURANCE

Thrive Lending Fund II, LLC ("Thrive") hereby notifies the Court that following the hearing on May 22, 2025, Thrive learned that the Debtor's property and liability insurance lapsed on May 10, 2025. The lack of insurance violates the Bankruptcy Code and the Office of the United States Trustee's chapter 11 operating guidelines.

Dated: May 23, 2025

Respectfully submitted,

*/s/ Jeremy R. Fischer*
Jeremy R. Fischer
**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
(207) 772-1941
jfischer@dwmlaw.com

*Counsel to Thrive Lending Fund II, LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing document via this Court's CM/ECF system on all parties requesting CM/ECF notice in this bankruptcy proceeding.

Dated: May 23, 2025        */s/ Jeremy R. Fischer*