ocn11t07 (03/24)

# UNITED STATES BANKRUPTCY COURT
## District of Maine

Case No.: 25–20021
Chapter: 7

In Re: York Beach Surf Club, LLC

    Debtor(s)

## ORDER UPON CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7

☐     The debtor has filed a motion in accordance with 11 U.S.C. §1112(a) seeking to convert this case to a case under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code). The court finds that the case is not an involuntary case originally commenced under chapter 11, and that the case has not been converted to a case under chapter 11 on other than the debtor's request.

☑     A party in interest other than the debtor has filed a motion in accordance with 11 U.S.C. §1112(b) seeking to convert this case to a case under chapter 7 of the Bankruptcy Code (title 11 of the United States Code). The court finds, after notice and a hearing, that the motion should be granted.

**IT IS ORDERED THAT:**

1. Not later than 14 days after this order, the debtor in possession, or the chapter 11 trustee if the debtor is not a debtor in possession at the time of conversion, shall file a schedule of all unpaid debts incurred after the commencement of the chapter 11 case and before the conversion of the case, as required by Fed. R. Bank. P. 1019(5)(A)(i).

2. The court hereby orders the debtor in possession, or the chapter 11 trustee if the debtor is not a debtor in possession at the time of conversion, to (a) promptly turn over to the chapter 7 trustee all records and property of the estate in accordance with Fed. R. Bankr. P. 1019(4) and (b) file a certificate of service of the delivery with the court within 14 days of the date of this order.

3. Not later than 30 days after the date of this order, the debtor in possession, or the chapter 11 trustee if the debtor is not a debtor in possession at the time of conversion, shall, in accordance with Fed. R. Bankr. P. 1019(5)(A)(ii), file and transmit to the United States trustee a final report and account. Pursuant to D. Me. LBR 1019–1(a), the final report and account shall include a statement of the total funds which passed through the estate, an itemized schedule of disbursements, and the balance on hand at the time of conversion.

4. The debtor within 14 days of the date of this order shall file the statements and schedules required by Fed R. Bankr. P. 1019(1)(A) and 1007(b), if such documents have not already been filed. If the debtor is an individual, the debtor must also file the Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation, and the Official Form 122A–1. If a request for extension of time to file one or more of the appropriate forms is not filed within 14 days of the date of this order, this case may be dismissed without further notice or hearing.

5. If a statement of intention with respect property securing consumer debts is required pursuant to 11 U.S.C. §521(2)(A), such statement shall, in accordance with Fed. R. Bankr. P. 1019(1)(B) be filed within 30 days on Official Form 108. If Official Form 108 or a request for extension of time to file the statement is not filed within 30 days of the date of this order, this case may be dismissed without further notice or hearing.

6. If the case is converted after the confirmation of a plan, the Debtor shall, within 30 days of the date of this order, file in accordance with Fed. R. Bankr. P. 1019(5)(C), file:

    A. a schedule of all property not listed in the final report and account of the debtor in possession or chapter 11 trustee which was acquired after the commencement of the chapter 11 case but before the entry of this conversion order,

    B. a schedule of unpaid debts not listed in the final report and account of the debtor in possession or chapter 11 trustee which were incurred after the commencement of the chapter 11 case but before the entry of this conversion order, and

C. a schedule of executory contracts entered into or assumed after the commencement of the chapter 11 case but before the entry of this conversion order.

7. If the debtor operated a business in the chapter 11 case, the debtor in possession or, if the debtor was not a debtor in possession at the time of conversion, the chapter 11 trustee, shall file a schedule setting forth all business assets at the time of conversion, including cash, deposit accounts, inventory, fixtures, leases and executory contracts, and accounts receivable, and the location thereof, in accordance with D. Me. LBR 1019–1(b). The schedule shall be filed no later than 14 days after the date of this order by the debtor in possession and not later than 30 days after the date of this order by the trustee, if a trustee was serving at the time of conversion.

8. [Other provisions as needed]

**Dated: 5/23/25**

/s/ Michael A. Fagone
**U.S. Bankruptcy Judge**