UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>YORK BEACH SURF CLUB, LLC,<br><br>                Debtor. | Chapter 7<br>Case No. 25-20021 |

**ORDER GRANTING THRIVE LENDING FUND II, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

Upon consideration of *Thrive Lending Fund II, LLC's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [Dkt. No. 7] (the "Motion"), and the objections thereto, and after notice and preliminary hearings and an evidentiary hearing, it is hereby ORDERED as follows:

1. For reasons set forth in an oral ruling made on this date, the Motion is GRANTED.

2. Thrive Lending Fund II, LLC, is granted relief under Bankruptcy Code section 362(d)(2) from the automatic stay related to the real property located at 780 York Street, York, Maine, and related business personal property.

3. Notice and service of the Motion was sufficient under the circumstances of this case.

4. There is good cause to waive the stay of this Order under Federal Rule of Bankruptcy Procedure 4001(a)(4). The Order is thus effective immediately upon entry.

Dated: May 29, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine