**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: ) | |
| ) | |
| **YORK BEACH SURF CLUB, LLC**, ) | Chapter 7 |
| ) | Case No. **25-20021-MAF** |
| Debtor. ) | |
| ) | |

### ORDER GRANTING MOTION TO ABANDON PROPERTY

**THIS MATTER** came before the Court upon the *Trustee's Motion to Abandon Property and Request for Emergency Determination Along with a Request for Limitation of Notice* [Dkt. No. 111] (the "**Motion to Abandon**") filed by Nathaniel R. Hull (the "**Trustee**"), the duly appointed, qualified, and acting trustee for the bankruptcy estate (the "**Estate**") of York Beach Surf Club, LLC (the "**Debtor**"). Such notice as was necessary having been given pursuant to 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**") and the Local and Federal Rules of Bankruptcy Procedure, and such hearing as was necessary having been held, and this Court having taken such evidence, offers of proof, and arguments of counsel as needed, it is hereby found and determined that:

1. All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion to Abandon;

2. Proper, timely, adequate and sufficient notice of the Motion to Abandon and the hearing thereon has been provided by service of the *Notice of Hearing* on interested parties and no other or further notice of the Motion to Abandon, hearing thereon, or entry of this Order is required;

3. The Trustee has exercised reasonable business judgment concerning the abandonment of the Property and abandonment of the Property is a proper and reasonable exercise of the Trustee's judgment and, therefore, it is **ORDERED, ADJUDGED AND DECREED** that

the Motion to Abandon is **GRANTED** as follows:

A.  Pursuant to § 554 of the Bankruptcy Code, the Estate's interest in the real estate and improvements thereto located at 780 York Street York, Maine 03909 along with a leasehold estate in 12 Carlton Street, York, Maine, and linen inventory, miscellaneous office furniture, hotel room furniture, pool equipment, pool furniture, miscellaneous maintenance tools, miscellaneous kitchen equipment, outdoor furniture and fire pits, miscellaneous audio equipment and telephone system, and artwork and photography related to the operation of the so-called "York Beach Surf Club" located at or near 780 York Street York, Maine 03909 (the "**Hotel Property**") along with the Debtor's "Debtor in Possession" bank accounts at JPMorgan Chase Bank, N.A. ending -8370 [operations] (further identified at Dkt. No. 87) and ending -8362 [sales and use tax account] (the "**DIP Accounts**" and, together with the Hotel Property, the "**Abandoned Property**").

B.  For the sake of clarity and the avoidance of doubt, the Trustee is not abandoning at this point any claims or causes of action related to the Hotel Property, the management of the Debtor, or any pre-Petition Date or post-Petition Date transfers of the Debtor's property (including any claims or causes of action related to any transfers to or from the DIP Accounts), all of which remain property of the Estate notwithstanding the abandonment authorized herein.

C.  The Bankruptcy Court shall retain jurisdiction over the Trustee for all purposes relating to the Motion to Abandon, including enforcing the terms of this Order.

Dated: May 29, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine